UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-　　　　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　19 mag 6376 (CLW)

JESUS ANTONIO ORTIZ,

       Defendant.
-----------------------------------------------------------------X
U.S.M.J.

    IT IS HEREBY ORDERED,

That in light of the consent of Assistant United States Attorney Sean Barnes and the deferment to the Court of United States Pre-Trial Services Officer Powers, the conditions of defendant Jesus Antonio Ortiz's conditions of Pre-Trial Release set by this Court on December 20, 2019 are modified as followed:

Mr. Ortiz is permitted to attend the funeral of Eric Ford on January 24th, 2020 between the hours of 9 am and 6 pm. He is allowed to travel from his home to the service for Mr. Ford at the Imperial Church of Christ, 11416 San Pedro Street, Los Angeles, California 90061 and then to the Re-pass which begins directly after the funeral at Pip's on La Brea, 1356 S. La Brea Avenue, Los Angeles, California 90019. Permission is granted for him to drive himself to and from the above-described events and he must immediately return home upon the completion of the Re-pass.

SO ORDERED.  1/23/20

_____
USMJ C.L. Waldor